[No. 62454-7-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CORRY J. GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02985-5, Sharon S. Armstrong, J., entered October 13, 2008. *Remanded* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 62657-4-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK CORBETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00094-4, George N. Bowden, J., entered November 12, 2008. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Ellington, J.

[Nos. 62711-2-I; 62613-2-I.   Division One.   December 21, 2009.]

*In the Matter of the Guardianship of* SANDRA J. LAMB.

*In the Matter of the Guardianship of* REBECCA ROBINS.

Appeals from a judgment of the Superior Court for King County, No. 85-4-50764-6, Steven C. Gonzalez, J., entered October 15, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Ellington and Lau, JJ. Now published at 154 Wn. App. 536.

[No. 62719-8-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY EDWARD ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01818-0, Julie A. Spector, J., entered November 24, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Becker, J.